IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| ANA JULIA TITUS, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>LANDMARK TOWERS MOBIL, <u>et al.</u>, )<br>)<br>      Defendants. )<br>_____) | Civil Action No. 05-471 |

**<u>ORDER</u>**

This matter comes before the Court on Defendants' Motion to Strike. It appearing to the Court that Plaintiff wishes to dismiss her Complaint with respect to the individual Defendants, it is hereby

ORDERED that Defendants Ventura, Taylor, and Spangler are DISMISSED from the case and Defendant Landmark Towers Mobil's Motion to Strike is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 26__, 2005