**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____ )
ANA J. TITUS,                    )
                                 )
          Plaintiff,             )
                                 )
v.                               )     Civil Action No. 05-0471
                                 )
LANDMARK TOWERS MOBIL,           )
                                 )
          Defendant.             )
_____ )
```

**ORDER**

This matter came before the Court for trial without a jury. At the conclusion of evidence, Defendant made a Motion for Directed Verdict. This motion was construed by the Court as a Motion for Judgment as a Matter of Law. Fed. R. Civ. P. 52(c). For the reasons stated form the bench, the Court finds that Plaintiff did not establish a prima facie case of employment discrimination based on gender because Plaintiff introduced no evidence of employment discrimination based on gender. Therefore, there was insufficient evidence to go forward, and it is hereby

ORDERED that Defendant's Motion for Judgment as a Matter of Law is GRANTED and judgment is ENTERED for Defendant.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 10, 2006